UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br><br>JOSEPH MICHAEL SUNDE and VICTORIYA SUNDE,<br><br>Debtors. | Case No. 3:18-cv-00458-MMD<br><br>*and related case* |
| NEVADA DIVORCE & DOCUMENT SERVICES, INC., a Nevada corporation *et al.*,<br><br>Plaintiffs/Appellees,<br>v.<br>JOSEPH MICHAEL SUNDE and VICTORIYA SUNDE, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00485-LRH<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

///

///

///

1  Accordingly, it is hereby ordered that Case No. 3:18-cv-00485-LRH is reassigned
2  to District Judge Miranda M. Du, and all future pleadings must bear case number 3:18-
3  cv-00485-MMD.
4  DATED THIS 10th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE