UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br>JOSEPH MICHAEL SUNDE and VICTORIYA SUNDE,<br><br>Debtors. | Case No. 3:18-cv-00458-MMD<br><br>*and related case* |
| NEVADA DIVORCE & DOCUMENT SERVICES, INC., a Nevada corporation *et al.*,<br>Plaintiffs/Appellees,<br>v.<br>JOSEPH MICHAEL SUNDE and VICTORIYA SUNDE, *et al.*,<br>Defendants/Appellants. | Case No. 3:18-cv-00485-MMD<br><br>ORDER |

In this bankruptcy appeal, the Court has repeatedly informed pro se Debtors/Appellants, Joseph Michael Sunde and Vicktoriya Sunde that this action is moot for lack of jurisdiction. (ECF Nos. 24, 25, 28, 31.) This case has been effectively closed since February 13, 2019. Nonetheless, Appellants continue to file motions—like the two pending (ECF Nos. 32, 34)—seeking this Court reopen the case. The Court denies Appellants' pending motions as moot and precludes Appellants from filing any further briefing in this case.

Appellees, Nevada Divorce & Document Services, Inc., have also filed a motion—although the motion appears on the docket as a reply (ECF No. 33). Appellees ask the Court to: (1) do as it has done here—bar Appellants from filing future motions in this case; (2) strike Appellants' pending motions; and (3) award Appellees reasonable attorneys'

fees. Because the Court lacks jurisdiction over this case, the Court also declines to rule on Appellees' motion which is also moot.[1]

It is therefore ordered that Appellants' and Appellees' pending motions (ECF Nos. 32, 33, 34) are denied as moot and in accordance with the Court's prior rulings that the Court lacks jurisdiction to rule in this case.

It is further ordered that Appellants are precluded from making further filings in this case.

DATED THIS 5th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Even if the Court had jurisdiction to award attorneys' fees, it would have denied the current motion because Appellees have not followed the requirements for a motion seeking fees. *See, e.g.*, Fed. R. Civ. P. 54(d)(2) (explaining the requirements).